Curtis C. PHILLIPS Jr., Petitioner

v.

Eric K. DOWDLE, Esquire,
Respondent

No. 418 MAL 2017

Supreme Court of Pennsylvania.

November 1, 2017

## ORDER

PER CURIAM

AND NOW, this 1st day of November, 2017, the Petition for Allowance of Appeal is DENIED.

PHILADELPHIA PROFESSIONAL
COLLECTIONS, LLC,
Respondent

v.

Elaine MICKMAN, Petitioner

No. 317 EAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of December, 2017, the Petition for Allowance of Appeal is DENIED.